FILED
JANITA E. SWEARENGEN
JUL 14 2025
CIRCUIT COURT CLERK
BY_____

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH
JUDICIAL DISTICT AT MEMPHIS, SHELBY COUNTY, TENNESSEE

| | | |
|---|---|---|
| SYMARA A.C. YOUNG<br>Plaintiff | * * * * | |
| Versus | * * | DOCKET NO: CT-1449-24 |
| CITY OF MEMPHIS<br>AND MARTERRION BRISCOE<br>Defendants | * * * | |

| | | |
|---|---|---|
| SHONDA R. WHITE INDIVIDUALLY<br>AND AS MOTHER AND NEXT FRIEND<br>OF LASUNDRA JOSEPHINE WHITE,<br>A MINOR AND JASMINE KINDS,<br>DECEASED MINOR | * * * * * | |
| Versus | * * | DOCKET NO: CT-1610-24 |
| MEMPHIS POLICE DEPARTMENT<br>MARTERRION BRISCOE, AND<br>XAVIER HUNT | * * * | |

## ORDER

THIS MATTER, came before the Court on July 10, 2025, on a Motion for Leave to File Amended Complaint filed on behalf of Plaintiff, Symara A.C. Young in docket CT-1449-24, and on Motion to Amend Complaint filed on behalf Plaintiff Shondra R. White, Individually and as Mother and Next Friend of Lasundra Josephine White, a minor and Jasmine Kinds, deceased minor in docket CT-1610-24.

EXHIBIT
B

Present in Court were:

    Matthew W. Pryor – Attorney for Plaintiff Symara A.C. Young in docket CT-1449-24.

    Henry W. Miller, III and Henry W. Miller, IV – Attorneys for Plaintiff Shondra R. White, Individually and as Mother and Next Friend of Lasundra Josephine White, a minor and Jasmine Kinds, deceased minor in docket CT-1610-24.

    Frank B. Thacher, III – Attorney for Memphis Police Department, in both CT-1449-24 and CT-1610-24.

Considering the law, and argument of counsel and for the reasons stated in open court:

IT IS HEREBY ORDERED, that Plaintiff Symara A.C. Young, plaintiff in docket CT-1449-24 be is hereby granted leave to file her Amended Complaint to add parties, add claims and increase her addendum prayer.

IT IS HEREBY FURTHER ORDERED, that Plaintiff Shondra R. White, Individually and as Mother and Next Friend of Lasundra Josephine White, a minor and Jasmine Kinds, deceased minor, plaintiff in docket CT-1610-24 be is hereby granted leave to file her Amended Complaint to add parties, add claims and increase her addendum prayer.

THUS DONE AND SIGNED this 14 day of July, 2025.

_____
Honorable Yolanda Kight Brown
Judge, Circuit Court, Shelby County, Tennessee

Respectfully Submitted:

**ALEXANDER SHUNNARAH**
**INJURY LAWYERS**

*s./Matthew W. Pryor*
Matthew W. Pryor (La. Bar Roll #23,903)
Licensed in Louisiana, Tennessee
Application Pending – Licensed to
Practice Pursuant to Tenn. Sup. Ct
R. 7 Sec. 10.07
2000 Meridian Boulevard Suite 225
Franklin, Tennessee 37067
Telephone (615)514-6710
Email: mpryor@asilpc.com
Affiliated Attorney
James S. Sullivan (BPR No. 036332)
2000 Meridian Boulevard Ste. 225
Franklin, Tennessee 37067
Telephone: (615)514-6712
Email: jsullivan@asilpc.com

*Attorneys for plaintiff Symara A.C. Young.*

**MILLER LAW FIRM**

*s./Henry W. Miller, III*
Henry W. Miller, III (BPR No. 016817)
Henry W. Miller, IV (BPR No. 036533)
Michael W. Miller (BPR No. 11612)
2400 Poplar Avenue, Suite 418
Memphis, Tn. 38112
Telephone (901) 927-3434
mlfhenry@bellsouth.net
mlfmichael@bellsouth.net
mlfhenryjr@gmail.com

*Attorney for Shonda R. White*

**TANNERA G. GIBSON**
**Chief Legal Officer/City Attorney**

*Frank B. Thacher, III*
Frank B. Thacher, III (BPR No. 23925)
Senior Assistant City Attorney
125 N. Main Street, Room 336
Memphis, Tn. 38103
Telephone (901) 636-7408
Frank.Thacher@memphistn.gov

*Attorney for Memphis Police Department*
*APPROVED ONLY AS TO FORM*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served on the following through United States Mail, through email on this 10th day of July, 2025, at Franklin, Tennessee:

Frank B. Thacher, III
Senior Assistant City Attorney
125 N. Main Street, Room 336
Memphis, Tennessee 38103
Frank.Thatcher@memphistn.gov

Henry W. Miller, III.
Henry W. Miller, IV
2400 Poplar Avenue Suite 418
Memphis, Tn. 38112
mlfhenry@bellsouth.net
mlfhenryjr@gmail.com

*s./Matthew W. Pryor*