Case: **2:25−cv−02799**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **8/8/2025**
Description: **Young v. CITY OF MEMPHIS et al**