IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SYMARA A.C. YOUNG,

    Plaintiff,

v.                                                           No. 2:25-cv-02799

MEMPHIS POLICE DEPARTMENT and
MARTERRION BRISCOE,

    Defendants,

### DEFENDANT CITY OF MEMPHIS'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COME NOW Defendants City of Memphis and Memphis Police Department and file this Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs have not pled a cognizable claim for violation of 42 U.S.C. § 1983. Further, because their Amended Complaint sounds in civil rights, the City is immune from suit under the Tennessee Governmental Tort Liability Act. Accordingly, the Amended Complaint must be dismissed.

Defendant is filing contemporaneously herewith a Memorandum of Facts and Law.[1]

---

[1] This case arises out of the same facts and circumstances as <u>Shonda R. White v. City of Memphis et al.</u>, No. 2:25-cv-02800. Defendants are filing a nearly identical Motion to Dismiss in that case as well.

Respectfully submitted,

**Tannera G. Gibson**
**Chief Legal Officer/City Attorney**

s/Frank B. Thacher, III
Frank B. Thacher, III (TN #23925)
Senior Assistant City Attorney
125 N. Main St., Room 336
Memphis, Tennessee 38103
(901) 636-7408
Frank.Thacher@memphistn.gov

## **CERTIFICATE OF SERVICE**

I, Frank B. Thacher, III, hereby certify that a copy of the foregoing has been mailed, via US mail, postage prepaid, to the following parties on this the 29th day of August 2025:

Henry W. Miller, Esq.
Michael W. Miller, Esq.
Henry W. Miller, IV, Esq.
Miller Law Firm
2400 Poplar Avenue, Suite 418
Memphis, Tennessee 38112

Matthew W. Pryor, Esq.
James S. Sullivan, Esq.
Alexander Shunnarah Injury Lawyers
2000 Meridian Boulevard, Suite 225
Franklin, Tennessee 37067

Marterrion Briscoe
3196 Southbridge St.
Memphis, Tennessee 38118

Xavier Hunt
4455 Laird Dr.
Memphis, Tennessee 38141

s/Frank B. Thacher, III