AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| SYMARA A.C. YOUNG <br><br> *Plaintiff(s)* <br> v. <br> City of Memphis and Marterrion Briscoe <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-02799 -TLP-atc |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Ontarian Malone
5449 Riverston Drive
Memphis, Tn. 38125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew W. Pryor
James t. Sullivan
2000 Meridain Blvd. Suite 225
Franklin, Tn 37067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/27/2025                                   s/ Christina Max
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02799-TLP-atc

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ontarian Malone
was received by me on *(date)* 8-27-25

☒ I personally served the summons on the individual at *(place)* 5449 Riverstone Dr, Memphis TN 38125.   on *(date)* 8-30-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 145.00 for services, for a total of $ 145.00

I declare under penalty of perjury that this information is true.

Date: 8-30-25

George Perry
*Server's signature*

George Perry + Process Server
*Printed name and title*

Professional Process Servers, Inc.
5240 Mendenhall Park Place
Memphis, Tennessee 38115
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

**State of Tennessee**  **County of**  **United States District Court**

Case Number: 2:25-CV-02799-TLP-ATC

Plaintiff:
**Symara A C Young**

vs.

Defendant:
**City of Memphis and Marterrion Briscoe**

Received by Professional Process Servers, Inc on the 27th day of August, 2025 at 4:27 pm to be served on **Ontarian Malone, 4928 Woodbury Cv, Memphis, TN 38114.**

I, George Perry, being duly sworn, depose and say that on the **30th day of August, 2025 at 10:13 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons/Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Ontarian Malone** at the address of: **5449 Riverstone Dr, Memphis, TN 38125**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of September, 2025 by the affiant who is personally known to me.

Shanna Blackwell
NOTARY PUBLIC

**George Perry**
Process Server

**Professional Process Servers, Inc**
**5240 Mendenhall Park Place**
**Memphis, TN 38115**
**(901) 452-8986**

Our Job Serial Number: MPK-2025003882
Ref: 14022887



Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d