# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| Symara A.C. Young, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:25-cv-02799-TLP-atc |
| | )   JURY DEMANDED |
| City of Memphis, Memphis Police Department, | ) |
| Ontarian Malone, Marquavius Williams, and | ) |
| Marterrion Brisco, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE OF JENNIE VEE SILK

Jennie Vee Silk of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., without prejudice and reserving all rights and defenses, enters an appearance of representation on behalf of Defendants the City of Memphis and the Memphis Police Department in the above captioned matter.

Dated: September 24, 2025

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**

*s/ Jennie Vee Silk*

Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone (901) 526-2000
E-mail: bmcmullen@bakerdonelson.com
E-mail: jsilk@bakerdonelson.com

*Attorneys for Defendants City of Memphis and Memphis Police Department*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, a copy of the foregoing was served upon Petitioner via the Court's e-filing system and via email.

*s/ Jennie Vee Silk*
Jennie Vee Silk
