# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SYMARA A.C. YOUNG, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02799-TLP-atc |
| | ) JURY DEMAND |
| CITY OF MEMPHIS, MARTERRION BRISCOE, and ONTARIAN MALONE, | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

The Court hereby recuses itself in the above-captioned matter and respectfully **DIRECTS** the Clerk to reassign this case to another United States District Judge for all further proceedings.

**SO ORDERED** this 25th day of September, 2025.

                                                    s/Thomas L. Parker
                                                   THOMAS L. PARKER
                                                   UNITED STATES DISTRICT JUDGE