Case: **2:25−cv−02799**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **9/25/2025**
Description: **Young v. CITY OF**
**MEMPHIS et al**