IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Symara A.C. Young, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02799-SHL-atc |
| ) | JURY DEMANDED |
| City of Memphis, Memphis Police Department, ) | |
| Ontarian Malone, Marquavius Williams, and ) | |
| Marterrion Brisco, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPREHENSIVE AMENDED COMPLAINT**

Defendants City of Memphis and Memphis Police Department (the "City Defendants"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby respectfully move the Court to extend the deadline for City Defendants to answer or otherwise respond to Plaintiff Symara A.C. Young's ("Plaintiff") Comprehensive Amended Complaint. In support of this Motion, the City Defendants state as follows:

1. On April 8, 2025, Plaintiff filed her original Complaint in the Circuit Court for Shelby County, Tennessee. (ECF No. 1-1, at PageID 5.) Plaintiff subsequently filed an Amended Complaint in the Circuit Court for Shelby County, Tennessee on July 11, 2025. (ECF No. 1-3, at PageID 14.)

2. On August 8, 2025, the City Defendants removed this action to this Court and subsequently moved to dismiss the Amended Complaint (ECF Nos. 1 and 11.)

1

3. On September 11, 2025, Plaintiff filed the Comprehensive Amended Complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, resulting in a deadline for the City Defendants to answer or otherwise respond by September 25, 2025. (ECF No. 12.)

4. The City Defendants recently obtained new counsel for this matter. The undersigned counsel for the City Defendants entered notices of appearance on September 24, 2025. (ECF Nos. 15 and 16.)

5. The Court, for good cause shown, can extend the City Defendants' current response deadline. *See* Fed. R. Civ. P. 6(b)(1)(A); *Jarrett v. Toxic Action Wash*, 1996 WL 690160, at *1 (6th Cir. Nov. 27, 1996) (affirming a district court's "broad discretion to enlarge the time for any action," which would include the deadline to file a responsive pleading). The City Defendants submit that good cause exists here because undersigned counsel was recently retained and require additional time to investigate the Comprehensive Amended Complaint's allegations and otherwise ready a response. The City Defendants ask that their response deadlines be extended from September 25, 2025, to October 16, 2025.

6. The Plaintiff does not oppose the requested extension.

For good cause shown, the City Defendants ask that their deadlines to answer or otherwise respond to the Comprehensive Amended Complaint be extended from September 25, 2025, to October 16, 2025. Defendants request any additional relief the Court deems warranted under the circumstances.

Dated: September 25, 2025

4925-6039-8700

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**

*s/ Jennie Vee Silk*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone (901) 526-2000
E-mail: bmcmullen@bakerdonelson.com
E-mail:  jsilk@bakerdonelson.com

*Attorneys for Defendant City of Memphis*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on Wednesday, September 24, 2025, Counsel for the City Defendants, Jennie Silk, consulted via email with counsel for Plaintiff, Matthew Pryor, regarding the extension requested in this Motion. Counsel for Plaintiff does not oppose the extension requested in this Motion.

*s/ Bruce A. McMullen*
Bruce A. McMullen

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, a copy of the foregoing was served upon Plaintiff via the Court's e-filing system and via email.

*s/ Jennie Vee Silk*
Jennie Vee Silk