IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SYMARA A.C. YOUNG, <br><br>    Plaintiff, <br><br>v. <br><br>CITY OF MEMPHIS, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, and MARTERRION BRISCO, <br><br>    Defendants. | No. 2:25-cv-2799-SHL-atc |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPREHENSIVE AMENDED COMPLAINT AND DENYING AS MOOT MOTION TO DISMISS**

Before the Court is Defendants City of Memphis and Memphis Police Department's ("City Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiff's Comprehensive Amended Complaint, filed September 25, 2025. (ECF No. 20.) In the Motion, the City Defendants explain that they recently obtained new counsel, and seek to extend their deadline to respond to Plaintiff's amended complaint by three weeks, from September 25 to October 16, 2025. (Id.) Plaintiff filed her amended complaint on September 11, 2025 (ECF No. 12), after the City Defendants filed a motion to dismiss (ECF No. 11).

Under the Federal Rules of Civil Procedure, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

Finding good cause, the Court **GRANTS** the Motion. The City Defendants shall have until October 16, 2025, in which to answer or otherwise respond to the amended complaint.

The filing of Plaintiff's amended complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) rendered the City Defendants' previously filed Motion to Dismiss moot, as it is well-settled that an amended complaint supersedes the original complaint and renders the initial pleading a nullity.  See Heyward v. Cleveland Clinic Found., 759 F.3d 601, 617 (6th Cir. 2014).  Accordingly, the City Defendants' Motion to Dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED,** this 26th day of September, 2025.

                                                  s/ Sheryl H. Lipman  
                                                  SHERYL H. LIPMAN  
                                                  CHIEF UNITED STATES DISTRICT JUDGE