IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SYMARA A.C. YOUNG<br>　　Plaintiff | * <br> * <br> * | DOCKET NO: 2:25-cv-02799 |
| *Versus* | * <br> * | JUDGE SHERYL LIPMAN |
| CITY OF MEMPHIS<br>AND MARTERRION BRISCOE<br>　　Defendants | * <br> * <br> * | MAGISTRATE ANNIE T. CHRISTOFF |

*Consolidated wit*

| | | |
|---|---|---|
| SHONDA R. WHITE, INVIDUALLY<br>AND AS MOTHER AND NEXT<br>FRIEND OF LASUNDRA JOSPEHINE<br>WHITE, A MINOR AND JASMINE,<br>DECEASED MINOR | * <br> * <br> * <br> * <br> * <br> * | DOCKET NO: 2:25-cv-2800 |
| *Versus* | * <br> * | |
| MEMPHIS POLICE DEPARTMENT,<br>MARTERRION BRISCOE, AND<br>XAVIER HUNT | * <br> * | |

**JOINT MOTION TO CONSOLIDATE**

NOW COMES, through undersigned counsel, Plaintiff Symara A.C. Young, plaintiff in Docket No. 2:25-cv-2799, and Plaintiff Shondra R. White, individually and as mother and next friend of Lashundra Josephine White, a minor and Jasmine Kinds, deceased minor, plaintiff in Docket No. 2:25-cv-2800 who jointly move this Court for an order consolidating these matters into the superior docketed lawsuit, based on the following:

1.

These two actions arise from an incident that occurred on May 6, 2023, when Symara A.C. Young, Lasundra Josephine White and Jasmine Kinds, were passengers in a vehicle

operated by Marterrion Briscoe which was being pursued by two officers employed by Defendant City of Memphis and the Memphis Police Department.

2.

An automobile crash ensured, causing severed injuries to Symara A.C. Young and Lasundra Josephine White, and the death of Jasmine Kinds.

3.

Both plaintiffs initiated separate lawsuits in the Circuit Court for the Thirtieth Judicial District, Shelby County, Tennessee.

4.

The two lawsuits were consolidated at the state court level.

5.

On or about July 10, 2025, the state court granted Plaintiffs' motion for leave to file an Amended Complaint wherein each Plaintiff alleged violations by the Defendant Officers Williams and Malone and Defendant City of Memphis and the Memphis Police Department of 42 USC 1983.

6.

On August 8, 2025, Defendant City of Memphis, removed both cases to this Honorable Court. While both cases were consolidated on the state court level, they were separately removed to this Court and assigned different docket numbers and assigned to different judges.

7.

Movers show that these two cases arise out of the same transaction and occurrence of events and involved common issues of law and fact.

8.

Movers show that pursuant to Rule 42 of the Federal Rules of Civil Procedure,

consolidation of these matters is warranted for the convenience of the parties and witnesses, the efficient completion of discovery, and judicial economy, and therefore supports the ends of justice. Moreover, the Sixth Circuit has held that consolidation is proper when "the risks of prejudice and confusion are outweighed by other factors including 'the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources.'" *Carpenter v. GAF Corp.*, 16 F.3d 1218, 1994 WL 47781, at *1 (6th Cir. Feb. 15, 1994) (citing *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985)).

9.

Movers shows that Docket No. 2:25-cv-2799 was the first filed case in state court and the first removed case. Therefore, Docket No. 22:25-cv-2800 should be consolidated into Docket No. 2:25-cv-2799, and that be designated as the lead case pending final resolution.

WHEREFORE, movers, Plaintiff Symara A.C. Young, plaintiff in Docket No. 2:25-cv-2799, and Plaintiff Shondra R. White, individually and as mother and next friend of Lashundra Josephine White, a minor and Jasmine Kinds, deceased minor, plaintiff in Docket No. 2:25-cv-2800 pray that Docket No. 22:25-cv-2800 be consolidated with Docket No. 2:25-cv-2799 for all matter pursuant to Rule 42 of the Federal Rules of Civil Procedure.

*Signature block and certificate on next page.*

**RESPECTFULLY SUBMITTED:**

**ALEXANDER SHUNNARAH**              **MILLER LAW FIRM**
**INJURY LAWYERS**

| | |
|---|---|
| *s./Matthew W. Pryor* | *s./Henry W. Miller* |
| Matthew W. Pryor (Tn. BPR 042961 La. #23,903) | Henry W. Miller (#016817) |
| James S. Sullivan (BPR No. 036332) | Michael W. Miller (#11612 |
| 2000 Meridian Boulevard, Suite 225 | Henry W. Miller, IV (#036533) |
| Franklin, Tennessee 37067 | 2400 Poplar Avenue, Suite 418 |
| Telephone(615)514-6710 | Memphis, Tn. 38112 |
| Email: mpryor@asilpc.com | Telephone: (901)327-3434 |
| | mlfhenry@bellsouth.net |
| | mlfmichael@bellsouth.net |
| *Attorney for Symara A.C. Young* | mlfhenryjr@gmail.com |
| | |
| | *Attorney for Plaintiff Shondra R. White, individually and as mother and next friend of Lashundra Josephine White, a minor and Jasmine Kinds, deceased minor.* |

## CERTIFICATE OF CONSILTATION

Pursuant to LR7.2(a)(1(B), I certify as follows:

On November 21, 2025, I consulted with counsel for Defendant, City of Memphis, Jennie V. Silk, via email and was advised that Defendant does not oppose the motion, but does not agree to consolidation for discovery at this time.

On November 21, 2025, I consulted with counsel for Defendant, Ontarian Malone, Michael J. Stengel, via email and was advised that Defendant stand mute on this motion.

*s./Matthew W. Pryor*
Matthew W. Pryor

4

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was filed with the Court's cm/ecf program this 21st day of November, 2025 and service on all counsel of record was made therewith, and service was made on the following individuals through email or certified mail return receipt requested as set forth below:

BAKER DONELSON
Bruce McMullen
Jennie V. Silk
165 Madison Avenue, Ste 2000
Memphis, Tn 38103
bmcmullen@bakerdonelson.com:
jsilk@bakerdonelson.com
***Attorney for City of Memphis***

Michael J. Stengel
619 Couth Cooper Street
Memphis, Tn. 38104
stengel12260@mjspc.com
***Attorney for Ontarian Malone***

Marterrion Brisco
3196 Southbridge Street
Memphis, TN 38118
***Via Certified Mail***

Marquavius Williams
7512 Burnstown Lane
Memphis, Tn 38133
***Via Certified Mail***

MILLER LAW FIRM
Henry W. Miller
Michael W. Miller
Henry W. Miller, IV
2400 Poplar Avenue, Suite 418
Memphis, Tn. 38112
mlfhenry@bellsouth.net
mlfmichael@bellsouth.net

***Attorney for Plaintiff Shondra R. White
individually and as mother and next friend
of Lashundra Josephine White, a minor

and Jasmine Kinds, deceased minor.***

                                  ***s./Matthew W. Pryor***
                                  Matthew W. Pryor