UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*　　　　　　　　　　　　　　　　　　　　　　*Deputy-in-Charge*
*242 Federal Building*　　　　　　　　　　　　　　　　　　　*U.S. Courthouse, Room 262*
*167 N. Main Street*　　　　　　　　　　　　　　　　　　　*111 South Highland Avenue*
*Memphis, Tennessee 38103*　　　　　　　　　　　　　　　　*Jackson, Tennessee 38301*
*(901) 495-1200*　　　　　　　　　　　　　　　　　　　　　　　　　　*(731) 421-9200*

NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

December 2, 2025

RE:　**2:25-cv-02799-SHL**
　　　**Symara AC Young & Shonda R. White v. City of Memphis, et al.**

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** before **Chief Judge Sheryl H. Lipman** for **MONDAY, DECEMBER 22, 2025** at **10:30 A.M.** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

**Counsel should be prepared to discuss all pending motions.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　WENDY R. OLIVER, CLERK
　　　　　　　　　　　　　　　　BY:　*s/Joseph P. Warren*,
　　　　　　　　　　　　　　　　　　　Case Manager Supervisor
　　　　　　　　　　　　　　　　　　　901-495-1242
　　　　　　　　　　　　　　　　　　　joseph_warren@tnwd.uscourts.gov