IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SYMARA A.C. YOUNG,<br><br> Plaintiff,<br><br>v.<br><br>CITY OF MEMPHIS, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, and MARTERRION BRISCO,<br><br> Defendants.<br><hr>SHONDA R. WHITE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF LASUNDRA JOSEPHINE WHITE, A MINOR, and JASMINE KINDS, DECEASED MINOR,<br><br> Plaintiffs,<br><br>v.<br><br>CITY OF MEMPHIS, TENNESSEE, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, MARTERRION BRISCO, and XAVIER HUNT,<br><br> Defendants. | No. 2:25-cv-2799-SHL-atc<br>No. 2:25-cv-2800-SHL-atc |

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF SYMARA A.C. YOUNG'S MOTION FOR LEAVE TO FILE REPLY IN RESPONSE TO DEFENDANT CITY OF MEMPHIS'S RESPONSES IN OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND COMPREHENSIVE AMENDED COMPLAINT**

Before the Court is Plaintiff Symara A.C. Young's Motion for Leave to File Reply in Response to Defendant City of Memphis's Responses in Opposition to Motion for Leave to File Second Comprehensive Amended Complaint, filed December 10, 2025. (ECF No. 50.)

Although Young timely filed her Motion under Local Rule 7.2(c), she appears to have ignored the rest of Local Rule 7.2. Under the Rule, all motions, with certain exceptions that are inapplicable here, "shall be accompanied by a certificate of counsel . . . that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion. Failure to attach an accompanying certificate of consultation may be deemed good grounds for denying the motion." LR 7.2(a)(1)(B).

Young did not attach a certificate of consultation to her Motion, and otherwise provides no indication that she consulted with Defendants to seek their position on the relief she is requesting. Young's Motion is therefore **DENIED WITHOUT PREJUDICE**. To the extent Young seeks to refile the Motion, she shall first consult with Defendants and shall include a Certificate of Consultation detailing their position on the relief she seeks.

**IT IS SO ORDERED,** this 10th day of December, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE