IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Symara A.C. Young,<br><br>    Plaintiff,<br><br>    v.<br><br>City of Memphis *et al.*,<br><br>    Defendants. | **Case No. 2:25-cv-02799-SHL-TMP** |
| Shonda R. White,<br><br>    Plaintiff,<br><br>    v.<br><br>City of Memphis *et al.*,<br><br>    Defendants. | **Case No. 2:25-cv-02800-SHL-TMP** |

### PLAINTIFF'S MOTION TO HOLD IN ABEYANCE HER DEADLINE TO RESPOND TO THE CITY'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 16, Plaintiff SHONDA WHITE, through her undersigned counsel, moves the Court to hold in abeyance the December 11, 2025 deadline to respond to the Rule 12(b)(6) motion to dismiss filed by the City of Memphis in this case (*White* ECF 19) until such time as the Court decides Plaintiff's pending motion to amend her complaint (*Young* ECF 52 / *White* ECF 32). Plaintiff has conferred with the City, which has indicted that it opposes this motion.

In support of her motion Plaintiff states as follows:

1

1. This case arises from a car chase by two Memphis Police Department officers that killed or injured several of the car's passengers, on whose behalf Plaintiff is suing.

2. There has been motion practice regarding the sufficiency of Plaintiff's allegations against the City of Memphis, and currently pending is a motion by defendant City of Memphis to dismiss Plaintiff's operative complaint pursuant to Rule 12(b)(6). *See White* ECF 19.

3. In order to assist her in litigating her claims against the City of Memphis, including responding to the City's pending motion to dismiss, Plaintiff has retained counsel who specialize in Section 1983 litigation regarding municipalities. *See White* ECF 22-1 (Memorandum in Support of *Pro Hac Vice* motions for Joshua Levin and Stephen Weil).

4. In conjunction with moving to admit the new counsel, Plaintiff also moved to hold in abeyance the deadline to respond to the City's Rule 12(b)(6) motion while the *pro hac vice* motions were decided. *See White* ECF 24. In so doing, Plaintiff noted that

> If and when they are admitted to appear in this case, Mr. Levin and Mr. Weil intend to address the pending motion to dismiss by seeking the Court's leave to file an amended complaint, to cure the pleading deficiencies that the City has purported to identify in its motion.

*White* ECF 24 at 2 n.1.

5. The Court granted Plaintiff's motion to hold the deadline in abeyance, and re-sent the deadline for responding to the motion to dismiss until December 11, 2025. *White* ECF 29.

6. Mr. Weil and Mr. Levin were admitted, and as Plaintiff indicated she would do, Plaintiff has now filed a motion for leave to amend her complaint. *Young* ECF 52 / *White* ECF 32.

7. In light of the pending motion to amend the complaint, Plaintiff respectfully submits that holding in abeyance her December 11 deadline to respond to the City's pending

motion to dismiss, until the Court has ruled on Plaintiff's motion to amend, is a practical means of managing the Court's docket.

8. If the Court permits Plaintiff to amend her complaint, the City's pending motion to dismiss will be mooted. Allowing the Court to decide whether Plaintiff should be allowed to amend her complaint, before Plaintiff is required to respond to the City's pending motion to dismiss, will allow the parties and the Court to avoid expending resources addressing a motion that may be mooted. Holding the deadline in abeyance, furthermore, will not cause undue delay in this case.

WHEREFORE, Plaintiff respectfully requests that the Court hold in abeyance the December 11, 2025 deadline to respond to the City's motion to dismiss (*White* ECF 19) until the Court decides Plaintiff's motion to amend her complaint (*Young* ECF 52 / *White* ECF 32).

Dated: December 10, 2025

Respectfully submitted,

/s/ *Stephen H. Weil*

| | |
|---|---|
| Henry W. Miller, III (#016817) | Joshua M. Levin* (Ill. Bar No. 6320993) |
| Michael W. Miller (#11612) | Stephen H. Weil* (Ill. Bar No. 6291026) |
| Henry W. Miller, IV (#036533) | ROMANUCCI & BLANDIN, LLC |
| 2400 Poplar Avenue, Suite 418 | 321 N. Clark St., Ste. 900 |
| Memphis, TN 38112 | Chicago, IL 60654 |
| 901-327-3434 (Office) | P: (312) 458-1000 |
| mlfhenry@bellsouth.net | jlevin@rblaw.net |
| mlfmichael@bellsouth.net | sweil@rblaw.net |
| mlfhenryjr@gmail.com | |

***Attorneys for Plaintiff***

* Admitted *pro hac vice*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2, Plaintiff certifies that she conferred with the City Memphis regarding the matters raised in this motion via email on December 8, 2025. The City's position, transmitted by its counsel via email on December 8, 2025, was that it opposes Plaintiff's motion.

<u>*/s/ Stephen H. Weil*</u>
Stephen H. Weil

***Counsel for Plaintiff***