UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

| Case Number: 2:25-cv-02799-SHL-atc | Case Title: Symara A.C. Young v. City of Memphis, et. al. |
|---|---|
| Plaintiff Counsel: Matthew Pryor | |
| Defendant Counsel: Bruce McMullen, Jennie Vee Silk and Frank B. Thacher, III | |
| Presiding Judge: Sheryl H. Lipman/ Annie T. Christoff | Mediator: Danese Banks |

I, __Danese Banks__, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __12/15/2025__.

As a result of that mediation held on __12/15/2025__.

☐ The case has settled in whole.

    ☐ Case settled prior to scheduling first mediation session.

    ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒ The case has not settled.

    ☐ Mediation will continue on _____.

    ☒ Parties may schedule another session at a later date.

    ☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Matthew Pryor, Bruce McMullen, Jennie Vee Silk, Frank B. Thacher, III

| Date: 12/22/2025 | Electronic Signature of Mediator: s/ *Danese Banks* |
|---|---|