IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SYMARA A.C. YOUNG, <br><br>    Plaintiff, <br><br>v. <br><br>CITY OF MEMPHIS, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, and MARTERRION BRISCOE, <br><br>    Defendants. <br><br>─────────────────────────── <br><br>SHONDA R. WHITE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF LASUNDRA JOSEPHINE WHITE, A MINOR, and JASMINE KINDS, DECEASED MINOR, <br><br>    Plaintiffs, <br><br>v. <br><br>CITY OF MEMPHIS, TENNESSEE, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, MARTERRION BRISCOE, and XAVIER HUNT, <br><br>    Defendants. | No. 2:25-cv-2799-SHL-atc <br> No. 2:25-cv-2800-SHL-atc |

**ORDER DISMISSING DEFENDANTS ONTARIAN MALONE, MARQUAVIUS WILLIAMS, AND MARTERRION BRISCOE WITHOUT PREJUDICE FROM CASE NO. 25-cv-2799**

On February 9, 2026, Plaintiff Symara A.C. Young filed a Notice of Dismissal of

Defendants Ontarian Malone, Marquavius Williams, and Marterrion Briscoe, in Case No. 25-cv-

2799-SHL-tmp. (ECF No. 80.)[1] Young asserts that dismissal is appropriate under "Rule 41(a)(i) of the Federal Rules of Civil Procedure," which "provides that a plaintiff may voluntarily dismiss any party without court order by filing a notice of dismissal prior to the opposing party serving an answer or motion for summary judgment." (Id. at PageID 558.)

However, in cases with multiple defendants, "Rule 21 provides the appropriate basis for dismissal of a single defendant." Henderson-Thompson v. Jardoin, No. 2:22-cv-2013-MSN-cgc, 2022 WL 349896, at *2 (W.D. Tenn. Feb. 4, 2022) (citing Philip Carey Mfg. Co. v. Taylor, 286 F.2d 782, 785 (6th Cir. 1961)); see also Wilkerson v. Brakebill, No. 3:15-CV-435-TAV-CCS, 2017 WL 401212, at *2 (E.D. Tenn. Jan. 30, 2017) (collecting district court cases from within the Sixth Circuit that recognize that Federal Rule of Civil Procedure 21, rather than Rule 41, is applicable when dismissing a single claim or defendant rather than an entire lawsuit). Rule 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Dropping parties under Rule 21 functions as a dismissal of the party. See Henderson-Thompson, 2022 WL 349896, at *2.

Thus, all claims against Ontarian Malone, Marquavius Williams, and Marterrion Briscoe are **DISMISSED WITHOUT PREJUDICE**. This dismissal does not apply to Young's claims against Defendants City of Memphis or the Memphis Police Department.

**IT IS SO ORDERED,** this 10th day of February, 2026.

                                        s/ Sheryl H. Lipman
                                        SHERYL H. LIPMAN
                                        CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On January 12, 2026, the Court entered an Order Granting Defendant Ontarian Malone's Motion to Stay. (ECF No. 67.)